Summary Disposition January 16, 2009:

Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for reconsideration of that part of the defendant’s application challenging the imposition of attorney fees in light of People v Trapp (On Remand), 280 Mich App 598 (2008), and the prosecution’s concessions that the trial court failed to articulate that it considered the defendant’s ability to pay the cost of his court-appointed attorney at the time of sentencing and that a remand is necessary to enable the court to do so. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction. Court of Appeals No. 283172.